Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Madeline Howard, Esq.**
**madeline@employeejustice.com**

July 17, 2026

***Via ECF:***
Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Maya Alvarado v House of Astoria Restaurant & Lounge Inc., et al.**
**Case ID 1:25-cv-03599**

Dear Judge Cogan:

The parties write jointly to provide the attached Second Amended Proposed Joint Pretrial Order to the Court. The parties' previous Amended Proposed Joint Pretrial Order did not include the parties' exhibits as attachments; all of the parties' exhibits have been attached hereto for the Court's review.

Because the final Joint Pretrial Order has not yet been filed, our understanding is that the parties may still propose further changes; in addition to providing the parties' exhibits, Plaintiff has also removed Ana Radford from their list of witnesses, included some further objections to Defendants' exhibits, and added a set of stipulations that had previously been agreed to on the record.

Madeline Howard, Esq.