
12:10
83
N
Nas' HOA Manager
Hey maya
Jose can't work today
Do you want to work ?
I'm sorry I'm not home.
Ok. Leo is coming for the dishes right ?
If you tell him. He can go I spoke him a bout but he told me you haven't tel him anything. But he's available
Maru suppose do the dishes
But they can switch
I don't have his number can you ask him to come this way Maru can cook
Ok I'll let you know his answer
Thank you
vie, dic 6, 7:37 p.m.
Best Meats Fc Corp.
1444 Rosedale Av. Bronx, NY 10460 / Tel: 914-335-1699/914-335-9533
iMessage