12:06

N

Nas' HOA Manager >

shrimp
Mozzarella sticks
fried calamari
Empanadas
Pasta
Salad

dic 21, 2023, 10:52 p.m.

Nazzi what time is the kitchen closing?

2

ene 17, 2024, 3:47 p.m.




iMessage