
12:09
82
N
Nas' HOA Manager
sáb, oct 5, 1:34 a.m.
Tomorrow we open at 12
sáb, oct 5, 9:57 a.m.
I'll be there
mar, oct 8, 7:30 a.m.
Good morning brother. At what time we open today?
lun, oct 28, 7:44 p.m.
Hi Nazi. It's just to remind you to order dishwasher machine soap. 2 red 1 blue. And oil waste pick up please.
dom, nov 17, 12:59 p.m.
1. Tray of Rice
2. Tray of Caesar Salad
3. Tray Penne alla vodka
4. Tray Lemon Chicken
5. Tray of Calamari
6. Tray of Wings
7. Tray of Steak Kebabs or Bites
8. Half Tray Coconut Shrimp
9. Half tray Mozzarella Sticks
iMessage