12:07

Nas' HOA Manager

mar 15, 2024, 6:35 p.m.

Hi maya how are you? I am not coming to work today again.

Make sure the kitchen is clean and in good shape. Have the guys clean the walkin box and make sure everything is up to code and clean

Thank you

mar 15, 2024, 8:31 p.m.

Ok brother don't worry

Mensaje de texto • SMS
abr 7, 2024, 8:50 p.m.



1 chores

hours weekly

| | | |
|---|---|---|
| Tuesday | 1 PM-1 AM | 12 h. |
| wed | 1 PM-12 AM | 11 h. |
| Thu | 3 PM - 11 PM | 9 h |
| Fri | 12 PM - 12 AM | 12 h. |
| Sat | 12 PM - 12 AM | 12 h. |
| Sun | 9 AM - 7 PM | 10 h |

65 h. total

iMessage