12:07

N

Nas' HOA Manager

feb 23, 2024, 7:55 p.m.

10:44

Notes

1. Tray of Rice
2. Tray of Caesar Salad
3. Tray Penne alla vodka
4. Tray Lemon Chicken
5. Tray of Calamari
6. Tray of Wings
7. Half tray Coconut Shrimp
8. Half tray of Steak Kebabs or Bites
9. Half tray Mozzarella Sticks

feb 23, 2024, 11:10 p.m.

Can you make me one order chufa with chicken

feb 25, 2024, 11:05 p.m.

iMessage