
12:05
80
N
Nas' HOA Manager
Hello maya how are you? We have 1 table coming today at 5pm to do video of the brunch food. So can you prep a little bit not too much please
Like what
Tel me what dishes u want
Ok let me ask azzam what they want
Ok
nov 8, 2023, 5:57 p.m.
Hi brother. You want me send the list to Alex or hold it ?
Hold it until tomorrow I need to see what I need for the bar
O ok
nov 10, 2023, 7:18 p.m.
shrimp
Mozzarella sticks
fried calamari
iMessage

**MAYA000006**