12:04 79

N

Nas' HOA Manager



jun 22, 2023, 6:47 p.m.



**Buffalo Chicken Mozzarella Sticks**
youtu.be

jun 28, 2023, 5:31 p.m.

**3 breast**
Notas

ago 31, 2023, 6:18 p.m.

I need something like this. U can find Amazon



iMessage