6:06 72

A

Ali Jefe

iMessage
ago 2, 2023, 10:45 p.m.

Ali

It's me boss. Maya

sáb, ene 4, 7:07 p.m.

Hi boss I'm maya insiden happen at work it's not my fault

What happen

Hi don't do nothing just sitting down. I told him a bout and he got mad

I don't know what's the story he told Moe and Naz but Naz told me go home

Entregado

iMessage