
O okay
12:47
5G 40
We're clos
Ok. Thanks
M
Maya Hoa Cook
Dec 25, 2023 at 5:22 PM
Hi boss the only thing I need. It's that u write down on the letter is I work in the place ass a part time. Earning 300 weekly. Reason. To get my medicine low cost in the hospital. Thanks
Ok you will have it tomorrow when we open
Dec 25, 2023 at 6:51 PM
Ok thanks
Dec 26, 2023 at 11:24 PM
U made the letter boss?
I sent it to the girl in my office she had it and will give me it tomorrow since she was off today
O ok
Dec 27, 2023 at 4:06 PM
Send me your first and last
iMessage
The girl needs it for the letter