2


12:48
5G 40
It's Alex invoice
M
Maya Hoa Cook
Dec 1, 2024 at 9:07 PM
This is the schedule to have everyone 2 days off. But your friend it's not agreed with. You figure out about and let me know what's going to be please
I'll make the schedule tomorrow
Dec 1, 2024 at 10:25 PM
Ok