3


Thanks
12:49
5G 39
Dec 2, 2024 at 8:29 PM
M
Maya Hoa Cook
Take a look at the schedule and let me know. send it to everyone
I'll look at the hours tomorrow
Ok
Dec 3, 2024 at 6:28 PM
Hi boss. Don't forget my letter please
Ok I'll do it before I leave
Ok 👍
iMessage
I'm a bout to leave. You still make my letter or no?