4


coming to work today again.
2:34
400
Make sure the kitchen is clean and in good ... Have the guys clean th... n box and make su... p to code and clean
M
Maya Cook
Thank you
Mar 15, 2024 at 8:31 PM
Ok brother don't worry
Text Message • SMS
Apr 7, 2024 at 8:51 PM
1 chores
hours weekly
Tuesday 1 PM-1 AM 12 h.
wed 1 PM-12 AM 11 h.
Thu 3 PM - 11 PM 9 h
Fri 12 PM - 12 AM 12 h.
Sat 12 PM - 12 AM 12 h.
Sun 9 AM - 7 PM 10 h
65 h. total
May 22, 2024 at 5:23 PM
5:22
All iCloud
Alex
Water
Sesame oil
iMessage