5


2:27
400
M
Maya Cook
iMessage
Nov 21, 2022 at 3:30 PM
Hi how are you?. Please don't forget to send me your hours so I can have your pat ready my brother thank you
Nov 22, 2022 at 11:57 AM
IMG_0113.jpeg
JPEG Image · 4.8 MB
Hi brother this is the hours so far thanks
Nov 28, 2022 at 7:57 PM
69137624786__2E1-DA59F-2EA2-4BA6-8D44-B10C68E960A...
JPEG Image · 5.6 MB
Hi brother hours so far
Ok thank you
Nov 29, 2022 at 8:19 PM
iMessage