6

| DATE | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Ruben | 4-CL | X | X | 5-CL | 5-CL | 5-CL | 4-CL |
| Riley | 10:30-4 | 10:30 4 | 10:30 4 | X | X | X | X |
| Eoghan | X | 4-CL | 4-CL | X | X | X | 10:30 4 |
| Judith | X | X | X | 10:30 5 | 10:30 5 | 10:30 5 | X |
| Christian | 10:30 4 | 10:30 4 | X | 10:30 5 | X | X | 10:30 4 |
| Sarah | X | X | 5-CL | 5-CL | 5-CL | 5-CL | X |
| Paola | X | X | 10:30-5 | 4-CL | 10:30-7 | 10:30-4 | X |
| Renata | 4-CL | 4-CL | X | X | X | 6-CL | 4-CL |
| Juan | X | 4-CL | 4-CL | 5-CL | 5-CL | 5-CL | X |
| Jose | 4-CL | X | X | 10:30 5 | 10:30 5 | X | 4-CL |
| Jorge | | | | | | | |
| Maya | 10:30-4 | 10:30-4 | 10:30-4 | X | X | 10:30-5 | 10:30-4 |