7

11:29
◀ Phone

New iMessage

To: Maya Cook

Jan 2, 2025 at 7:20 PM



Best **Meats** Fc Corp.
1444 Rosedale Av. Bronx, NY 10460 / Tel: 914-335-1699/914-335-9533

Invoice No. # 880

SOLI HOA RESTAURANT

DATE 01/03/2025

| QTY | DESCRIPTION | WT. | PRICE | AMOUNT | QTY | DESCRIPTION | WT. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | CHOP MEAT | 30 | $ 3.89 | $ 116.70 | | | | | $ - |
| 2 | PARTY WINGS | 80 | $ 2.45 | $ 196.00 | | | | | $ - |
| 1 | SKIRT STEAK | 69 | $ 8.59 | $ 592.71 | | | | | $ - |
| 1 | BLS THIGTH | 40 | $ 1.99 | $ 79.60 | | | | | $ - |
| 1 | GARLIC PEELED | | | $ 21.00 | | | | | $ - |
| 5 | CALAMARI TUBS | 50 | $ 5.79 | $ 289.50 | | | | | $ - |
| 2 | 16/20 SHRIMP | 2 | $ 64.00 | $ 128.00 | | | | | $ - |
| 1 | CUT CORN | | | $ 36.00 | | | | | $ - |
| 2 | HAMBURGER BUN | 2 | $ 9.90 | $ 19.80 | | | | | $ - |
| 2 | PLAIN WAP 12 | 2 | $ 22.00 | $ 44.00 | | | | | $ - |
| 1 | SALMON 6oz | | | $ 97.00 | | | | | $ - |
| 1 | TOMATOES 5X6 | | | $ 38.00 | | | | | $ - |
| 3BG | ROMAINE HEARTS | 3 | $ 6.70 | $ 20.10 | | | | | $ - |
| 1 | RED ONIONS | | | $ 22.00 | | | | | $ - |
| 1 | SPANSIH ONIONS | | | $ 23.00 | | | | | $ - |
| 3 | LIMES | 3 | $ 44.00 | $ 132.00 | | | | | $ - |
| 1 | PINEAPPLE | | | $ 18.00 | | | | | $ - |
| 1 | ORANGE 56 | | | $ 45.00 | | | | | $ - |
| 1 | GRAPEFRUIT # 36 | | | $ 48.00 | | | | | $ - |
| 1 | KILO MINT | | | $ 17.50 | | | | | $ - |
| 1 | SWEET PLANTAINS | | | $ 39.00 | | | | | $ - |
| 1 | STRAWBERRYS | | | $ 35.00 | | | | | $ - |
| 1 | GLOVES LATEX FREE | | | $ 40.00 | | | | | $ - |
| 1 | KETCHUP HEINTZ # 10 | | | $ 59.00 | | | | | $ - |
| 1 | CHICKEN BASE | | | $ 59.00 | | | | | $ - |
| 20 | WATER | 20 | $ 13.50 | $ 270.00 | | | | | $ - |
| 4 | GARBAGE BGS | 4 | $ 43.00 | $ 172.00 | | | | | $ - |
| 6 | PLENTY | 6 | $ 19.50 | $ 117.00 | | | | | $ - |
| 2 | TOILET PAPER 2 PLY | 2 | $ 24.00 | $ 48.00 | | | | | $ - |
| 1 | BLACK STIRRERS | | | $ 18.50 | | | | | $ - |
| 1 | SWEET BUTTER | 36 | $ 3.69 | $ 132.84 | | | | | $ - |
| 2 | BEVERAGE NAP | 2 | $ 18.50 | $ 37.00 | | | | | $ - |
| 2 | DINNER NAP | 2 | $ 32.00 | $ 64.00 | | | | | $ - |
| 1 | FABULOSO | | | $ 43.00 | | | | | $ - |
| 1 | BLEACH | | | $ 22.00 | | | | | $ - |
| 1 | GREEN SOAP BUCKET | | | $ 55.00 | | | | | $ - |
| | | | | $ - | SUB TOTAL | | | | $ 3,195.25 |
| | | | | $ - | ADJUSTMENTS | | | | |
| | | | | $ - | | | | | |
| | | | | $ - | G. TOTAL | | | | $ 3,195.25 |

RECEIVED IN GOOD CONDITION:

It's Alex invoice

Jan 14, 2025 at 10:46 PM

Naz I'm going pass by to get my pay and take some stuff are in the locker

Ok

Read 1/14/25

iMessage