Nov 6-12 2022

[redacted]

1380 New Cert days

[redacted]

Nov. 13 2022

[redacted]

[redacted]

1330 - NewCook - Maya

[redacted]

Nov. 21-27 2022

[redacted]

D&O · Cook-Helper

[redacted]

Nov. 28 - Dec 4 2022

[redacted]

1300 Cook - Meg

[redacted]

Dec 5-11 2022

[redacted]

1380 - new cook mayo

[redacted]

Dec 12-14 2022

[redacted]

BB - Cook-Meyer

[redacted]

Jan 9- 13 2023

[redacted]

1350 new cook - Neya

[redacted]

Jan 16 – 22 2023

[redacted]

✓ [redacted]

✓ 1380 New Cook – Maya

✓ [redacted]

Jun 23-24 2023

[illegible]

[redacted]

1300 New Cook – Meya

[redacted]

Feb.
Jan 30-5 -2023

[redacted]

[redacted]

1310 new Code — Maya

[redacted]

Feb-6-12 2023

[redacted]

[redacted]

880 Cook - Neya

[redacted]

Feb 13-19 - 2023

[redacted]

[redacted]

1380 New Cook - Maya

[redacted]

Feb 20 - 26 2023

[redacted]

[redacted]

1380 New coat - Neya

[redacted]

Feb 27 - Mar 5 2023

[redacted]

[redacted]

1380 new cust - [illegible]

[redacted]

March 6 - 12 2023

[redacted]

[redacted]

1380 Newcook - Keyn?

[redacted]

Mar 13-19 2023

[redacted]

[redacted]

1380 New cook - Megan

[redacted]

March 20 - 26 2023

[redacted]

1380 New Cook Tanya

[redacted]

Document 13-17 Filed 09/17/25 Page 18 of 103 PageID #: 85

March 27- April 2 2023

[redacted]

1380 NewCork - Mexn

[redacted]

April 3-9 2023

[redacted]

[redacted]

1380 NewCook _ Meyn

[redacted]

April 9-15 2023

[redacted]

✓ [redacted]

✓ 1380 NewCock -Maya

✓ [redacted]

April 16-23 2023

[redacted]

[redacted]

1380 New Cook -Mayer

[redacted]

April 24-30 2023

[redacted]

1350 Neo cart - Maya

[redacted]

May 1-7 2023

[redacted]

[redacted]

880 - New Cook - May

[redacted]

May 8-14 2023

[redacted]
[redacted] ✓
[redacted] ✓
[redacted]

[redacted]
1300 New Cook -Maya
[redacted]

May ~~15~~ 21 2023

[redacted]

[redacted]

1380 New Cook - Muy

[redacted]

May 22 - 28 2023

[redacted]

[redacted]

1380 New Cook - New

[redacted]

May 29 - June 4 2023

[redacted]

[redacted]

1380 New Cook - Maya

[redacted]

June 5-11 2023

[redacted]

[redacted]

1380 Cak - Maya

[redacted]

June 12-18 2023

[redacted]

[redacted]

1300 New Cak - Neya

[redacted]

June 18-25 2023

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

[redacted]
1380 New Cook - Myu
[redacted]
[redacted]
[illegible]
[redacted]
[redacted]
[redacted]

June 26 - July 2 2023

~~[illegible]~~

[redacted]

1380 NewCark - Key

[redacted]

July 3-9 2023

[redacted]

1380 New Cook - Naya

[redacted]

July 10-16 2023

[redacted]

[redacted]

1380 New Cook - Mum

[redacted]

July 17-23 2023

[redacted]

1380 New cook - Maya

[redacted]

July 31 - Aug 6 2023

[redacted]

1380 New Cook - Maya

[redacted]

Aug 7 - 13 2023

[redacted]

1380 New Cook - Mila

[redacted]

Aug 14-20 2023

[redacted]

1380 NewCook - Malia [redacted]

[redacted]

Aug 21-27 2023

[redacted]

1380 New Cook - Leah

[redacted]

Aug 28 - Sep 3 2023

[redacted]

1380 - New Cook - Maya

[redacted]

Sept 4-10 2023

[redacted]

1380 - Cook Mup

[redacted]

Sept 10 - 17 2023

[redacted]

1380 - New cook - May

[redacted]

Sept 18-24

[redacted]

1380 Newark-Nuyp

[redacted]

Sept 25 - Oct 1

[redacted]

1380 · New Cook - Muja

[redacted]

[redacted]

Oct 2-8

[redacted]

350 New Cook - Mesa

[redacted]

Oct-16-22

[redacted]

1380 NewCook-Maya

[redacted]

Oct 23-29 2023

[redacted]

1380 New Cook - Meya

[redacted]

Oct 30 - Nov 4

[redacted]

1380 New Cook - Megan

[redacted]

Nov 6-12 2023

[redacted]

1300 New cook - [illegible]

[redacted]

Nov 13-14 2024

[redacted]

1380 New cook -Maya        1350 Abdu

[redacted]

Nov. ~~20~~ -26 2023

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

1380 - New week - May

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

Nov 27 - Dec 3 2023

[redacted]

1380 New Cook - Megh

[redacted]

Dec 4-10 2023

[redacted]

1380 new cook - Maya

615 - Azzam rest on chef

[redacted]

Dec 11-17 2023

[redacted]

1380 NewCock - Mayla [redacted]

[redacted]

Dec 18-24 2023

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

1380 New york - MUG

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

Dec 25 - 31 2023

[redacted]

[redacted]

[redacted]

[redacted]

@1380 new Cook - Maya

[redacted]

[redacted]

Jan 1-7 2024

[redacted]

[redacted]

1380 Maya new cook

[redacted]

Jan-14 2024

[redacted]

1,380 New cook - Mya

[redacted]

Jan - 14-21 2024

[redacted]

13580 New Cook - Maya

[redacted]

Jan 22-28 2024

[redacted]

1380 - New Cook-Mullya

[redacted]

[redacted]

[redacted]

Feb 5 - 11 2024

[redacted]

1380 New cook - Maya

[redacted]

Feb 12 - 18 2024

[redacted]

[redacted]

1380 - New cook - Mya

[redacted]

Case 1:25-cv-03599-BWC Document 43-17 Filed 10/17/25 Page 62 of 103 PageID #: 1737

Feb 19-25 2024

[redacted]

1380 New Cook - Maya

[redacted]

Feb 25 - March 3 2024

[redacted]

1380 Newcastle - Maya

[redacted]

March 4 - 10 2024

[redacted]

1380 new cook -Miya

[redacted]

March 11-17 2024

[redacted]

1380 New Cook - Mya

[redacted]

March 18 - 24 2024

[redacted]

[redacted] Halach

New Cook 1380 - Mike

[redacted]

3/25 – 31 2024

[redacted]

1380 – New cook – Mya

[redacted]

[redacted]

April 1-7 2024

[redacted]

1380 - new cook - mya

[redacted]

April 8-14 2024

[redacted]

1380 - new cook - Mya

[redacted]

April 15-21 2024

[redacted]

[redacted] ✓

[redacted]

[redacted] ✓

[redacted]

[redacted] ✓

[redacted]

[redacted]

1380- New Cook_Mya

[redacted]

April 21-28 2024

[redacted] ✓

[redacted] ✓

[redacted]

13to - New Look - Mya

[redacted]

April 29 - May 5 2024

[redacted]

1350 New Cook - May

[redacted]

Meyle - 12 2024

[redacted]

1380 NewCourt - Maya

[redacted]

May 17 - May 19 2024

[redacted]

1380 new cock-myn

[redacted]

May 20 - 26 2024

[redacted]

406 - CTown Cash

214F - Liquor / CTown Now

✓1380 - Leaya Newcook

[redacted]

May 22 - June 2 2024

[redacted]

1380 - New cook - Maya

[redacted]

June 3-9 2024

[redacted]

1350 New cook - Mya

[redacted]

June 10-18 2024

[redacted] /

[redacted] /

[redacted] /

[redacted] /

[redacted]

1380 – New cook – Mya

[redacted]

[redacted]

[redacted]

Jun 17 - 23 2024

[redacted]

1350 - New cook - Maya

[redacted]

June 24-30 2024

[redacted]

1300 new cook - Mega

[redacted]

July 1- July 7 2024

[redacted]

1350 – Newcourt – Muzik

[redacted]

July-8-14 2024

[redacted]

[redacted]

850- new cock-Meya

[redacted]

July 15 - 21 2024

[redacted]

1350 - new lock - Mega

[redacted]

[redacted]

July - 22 - 28 2024

[redacted]

1380 - Megan

[redacted]

July 29 - Aug 4 2024

[redacted]

1350 - Newcook Mya

[redacted]

August 5 - 11 2024

[redacted]

1380 - New cook - Muy

[redacted]

Case 1:25-cv-03599-BWC Document 14-7 Filed 09/17/25 Page 96 of 117 PageID #: 1554

Aug 12 - 18 2024

[redacted]

1380 - new cook - Malya

[redacted]

Aug 19 - 25 2024

[redacted]

1380 Newcoot - Mufa

[redacted]

August 26 - Sept 1 2024

[redacted]

[redacted]

Megan New cook 1350

[redacted]

Sept 2-8 2024

[redacted]

1380 - New cut - Maya

[redacted]

Sept 9-15 2024

[redacted]

1380 - new cook - Meya

[redacted]

Sep 16-22 2024

[redacted] ✓

[redacted] ✓

[redacted] +

[redacted]

1350 = new cook - Mayi

[redacted]

Sep 23-29 2024

[redacted]

B50- New Cook - Mya

[redacted]

Sept 30 - Oct 6 2024.

[redacted]

[redacted]

1380 - Maya Cook

[redacted]

OCT - 7-13 2024

[redacted]

1350 - Marilyn cook

[redacted]

Oct 14-20 2024

[redacted]

1380 - Maya Cook

[redacted]

Oct 21-27 2024

[redacted]

1350- Maya Cook

[redacted]

Oct 28 - Nov 4 2024

[redacted]

[redacted]

1350 - Maya Cook

[redacted]

NOV 4-9 2024

[redacted]

1380 - Maya Clark

[redacted]

Nov 10-16 2024

[redacted]

1300- Mug Cook

[redacted]

Nov 18-24 2024

[redacted]

130 - Mega Cat

[redacted]

Nov 25 - Dec 2024

[redacted]

B30 - Maya Cook

[redacted]

Dec 2-8 2024

[redacted]

Bsr ~~Base~~ Muse Cook

[redacted]