# New York City Police Department

## Omniform System - Complaints

| Report Cmd: | Jurisdiction: | ICAD#: | Record Status: | Public Omni | Complaint #: | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|
| 114 | N.Y. POLICE DEPT | | Final, No Arrests | NO | 2025-114-009972 | | |

**Occurrence Location:** INSIDE OF 28-49 STEINWAY ST
Name Of Premise:
Premises Type: BAR/NIGHT CLUB
Location Within Premise:
Visible By Patrol?: NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

Precinct: 114
Sector: A
Beat:
Post:

**Occurrence From:** 2025-01-04 18:00 SATURDAY
Occurrence thru: 2025-01-04 18:05
Reported: 2025-09-11 14:00
Complaint Received: WALK-IN

Aided #
Accident #
O.C.C.B. #

**Classification:** MENACING
Attempted/Completed: COMPLETED
Most Serious Offense Is: MISDEMEANOR
PD Code: 113 MENACING,UNCLASSIFIED
PL Section: 12014
Keycode: 344 ASSAULT 3 & RELATED OFFENSES

**Case Status:** OPEN
Unit Referred To: P.D.U.
Clearance Code:
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #:
Prints Requested? NO

**OFFENSES:**

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 120 ASSAULT | COMPLETED | 113 | MENACING,UNCLASSIFIED | PL 120.14 01 | MENACING-2ND:WEAPON | | 13A | Misdemeanor | UNKNOWN CIRCUMSTANCES | | NONE / UNKNOWN |

Confirmed Shots Fired?
NO

Possible Hate Crime ?
NO

| Is This Related To Stop And Frisk Report | SQF Number: | Was The Victim's Personal Information Taken Or Possessed? | Was The Victim's Personal Information Used To Commit A Crime? |
|---|---|---|---|
| NO | 0000-000-00000 | NO | NO |

| Gang Related? | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? |
|---|---|---|---|
| NO | | | NO |

| DIR Required? | Child in Common? | Intimate Relationship? | Officer Body Worn Camera: |
|---|---|---|---|
| NO | NO | NO | NO |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
- -
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: | Translator(if used): |
|---|---|---|
| | NO | |

NARRATIVE:
AT TPO CV STATES WHILE WORKING AT THE LOCATION, SUBJECT GRABBED A KNIFE FROM THE KITCHEN AND STARTED CURSING AT THE CV CAUSING CV TO BE IN FEAR OF HIS OWN SAFETY. CV STATES THAT SUBJECT WAS INTOXICATED AT THE TIME. NO INJURIES.

**No NYC TRANSIT Data for Complaint # 2025-114-009972**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 1 | 1 |

## *VICTIM: # 1 of 1*

Name: PEREZ,JOSE
Complaint#: 2025-114-009972

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE / INDIVIDUAL
Race: HISPANIC BLACK
Age: 35
Date Of Birth: 09/17/1989
Disabled? NO
Is this person not Proficient in English?:
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? YES
Escalating violence / abuse by suspect? NO
Were prior DIR's prepared for C/V? NO

Suspected Gang Member: NO
Name:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: YES

Other MOS Agency:
Type of Officer Activity/Circumstances:
Officer Assignment Type:
Level of Injury: NOT INJURED
Type of Injury: NONE
Medical Treatment: NOT APPLICABLE

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 54 PARK AVE | NY | NEW YORK | 07093 | 2 |

Phone #: HOME: 347-698-5237 CELL: Not Provided/Unavailable BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: MOHAWK628@GMAIL.COM

Action against Victim:

Actions Of Victim Prior To Incident: PREPARING FOOD IN KITCHEN

Victim Of Similar Incident: NO

If Yes, When And Where

## *REPORTER: # 1 of 1*

Name: PEREZ,JOSE
Complaint #: 2025-114-009972

Nick/AKA/Maiden:
Sex/Type: MALE
Race: BLACK HISPANIC
Age: 035
Date Of Birth: 09/17/1989
Is this person not Proficient in English?: NO
If Yes, Indicate Language:

Suspected Gang Member: NO
Name:

Relationship To Victim:

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | 54 PARK AVE | NY | NEW YORK | 07093 | 2 |

Phone #: HOME: 347-698-5237 CELL: - - BUSINESS: - - BEEPER: - - E-MAIL: MOHAWK628@GMAIL.COM

## *WANTED: # 1 of 1*

Name: ALVARADO, MAYA
Complaint#: 2025-114-009972
Arrested: NO

Nick/AKA/Maiden:
Sex: MALE
Race: WHITE HISPANIC
Age: 44
Date Of Birth: UNKNOWN
U.S. Citizen:
Place Of Birth:
Is this person not Proficient in English?:
If Yes, Indicate Language:
Accent: NO

Height: 5FT1IN
Weight: 160
Eye Color: BROWN
Hair Color: GRAY
Hair Length:
Hair Style: BALD
Skin Tone: LIGHT
Complexion: CLEAR
Offender Condition: UNKNOWN
S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: CO-WORKER
Living together: NO
Can be Identified: YES

Suspected Gang Member: NO
Name:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

Phone #: HOME: 347-421-9380 CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: On Duty:
Development: N.Y.C. Transit Employee:

## Weapons:

\# 1 Physical Force/Weapon: POSSESSED Firearm Recovered: Serial Number Defaced:
Physical Force/Weapon Type: CUTTING INSTRUMENT Discharged: NO Serial Number:

**Physical Force/Weapon Sub Type:**
**Specific Physical Force/Weapon Type:** KNIFE
**Other Weapon Description:**

**Make:**
**Color:**
**Caliber:**

**Used Transit System:**
**Station Entered:**
**Time Entered:**
**Metro Card Type:**
**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | CURSING |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2025-114-009972

**SCRATCH COPY:** Complaint # 2025-114-009972

| | | Description |
|---|---|---|
| 1 | 1757659082903_1757659082903_.991.pdf | 1757659082903_1757659082903_.991.pdf |

**COMPLAINT ASSOCIATIONS:** Complaint # 2025-114-009972

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| PEREZ, JOSE | ALVARADO, MAYA | CO-WORKER | Yes | PL 120 | POSSESSED | CUTTING INSTRUMENT | | KNIFE | |

| | | | |
|---|---|---|---|
| **Reporting/Investigating M.O.S. Name:** PO GINNIS GEORGE | **Tax #:** 969737 | **Command:** 114 PCT | **Rep.Agency:** NYPD |
| **Supervisor Approving Name:** SGT JASWAL RANPREET | **Tax #:** 964571 | **Command:** 114 PCT | **Rep.Agency:** NYPD |
| **Complaint Report Entered By:** PAA FLORES | **Tax #:** 375595 | **Command:** 114 PCT | **Rep.Agency:** NYPD |
| **Signoff Supervisor Name:** SGT GALE | **Tax #:** 954835 | **Command:** 114 PCT | **Rep.Agency:** NYPD |

END OF COMPLAINT REPORT
# 2025-114-009972

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

ZENON MAYA ALVARADO, on behalf of himself, individually, and on behalf of all others similarly situated,

Case No.: 1:25-cv-03599

Plaintiff,

-against-

HOUSE OF ASTORIA RESTAURANT & LOUNGE INC., and ALI A. MOHAMAD, individually,

Defendants.
----------------------------------------------------------------------X

---

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES**

---

LEON I. BEHAR, P.C.
*Attorneys for Defendants*
347 Fifth Avenue, Suite 1402-162
New York, New York 10016
(212) 242-0500
(212) 242-0518 (fax)
(917) 860-0329 (cell)
Email: LBEHAR@AOL.COM

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to the Courts of the State of New York, hereby certifies that, upon information and belief, and reasonable inquiry, the contentions stated in the annexed documents are not frivolous.*

Dated: New York, New York
September 17, 2025

s/ Leon I. Behar
LEON I. BEHAR, ESQ.