| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Maya | 4pm-12pm | 4pm-12pm | off | off | 4pm-12pm | 4pm - 12 pm | 11am-7pm |

Nov 6-12 2022

[redacted]

1380 New Cert design

[redacted]

Nov. 13 2022

[redacted]

[redacted]

1330 · NewCook - Maya

[redacted]

Nov. 21-27 2022

[redacted]

D80 · Cook-Melfa

[redacted]

Nov. 28 - Dec 4 2022

[redacted]

1300. Cook - Meg

[redacted]

Dec 5-11 2022

[redacted]

B80 - new cook maybe

[redacted]

Dec 12-14 2022

[redacted]

BK - Cook-Meyer

[redacted]

Jun 9-13 2023

[redacted]

1350 new cook -Neeya

[redacted]

Jan 16 – 22 2023

[redacted]

✓ [redacted]

✓ 1380 New Cook – Maya

✓ [redacted]

Jun 23-24 2023

[illegible]

[redacted]

1380 New Cook – Meya

[redacted]

Feb

Jan 30 - 5 - 2023

[redacted]

1310 new Code – Maya

[redacted]

Feb-6-12 2023

[redacted]

880 Cook - Neya

[redacted]

Feb 13-19 - 2023

[redacted]

[redacted]

1380 New Cook - Maya

[redacted]

Feb 20 - 26 2023

[redacted]

[redacted]

1380 New Coats - Neya

[redacted]

Feb 27 - Mar 5 2023

[redacted]

[redacted]

1380 new coat - [illegible]

[redacted]

March 6 - 12 2023

[redacted]

[redacted]

1380 NewCook - Kayla

[redacted]

[redacted]

Mar 13-19 2023

[redacted]

[redacted]

1380 New cook - Megan

[redacted]

March 20 - 26 2023

[redacted] ✓
[redacted]
[redacted]
[redacted]
[redacted] ✓
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

✓ [redacted]
✓ 1380 New Cook -Heyer
✓ [redacted]
✓ [redacted]
✓ [redacted]
✓ [redacted]
✓ [redacted]
✓ [redacted]
[redacted]
[redacted]

March 27- April 2 2023

[redacted]

[redacted]

1380 NewCook - Mexn

[redacted]

April 3-9 2023

[redacted]

[redacted]

1380 NewCook_Meyn

[redacted]

April 9-15 2023

[redacted]

✓ [redacted]

✓ 1380 NewCock - Maya

✓ [redacted]

April 16-23 2023

[redacted]

[redacted]

1380 New Cook -Mayer

[redacted]

April 24-30 2023

[redacted]

1380 New cut - Megn

[redacted]

May 1-7 2023

[redacted]

[redacted]

880 - New Cook - May

[redacted]

May 8-14 2023

[redacted] ✓

[redacted] ✓

[redacted]

[redacted]

1380 New Cook -Maya

[redacted]

May 15-21 2023

[redacted]

[redacted]

1380 New Cook - May

[redacted]

May 22 - 28 2023

[redacted]

[redacted]

1380 New Cook - Mayo

[redacted]

May 29 - June 4 2023

[redacted]

[redacted]

1380 New Cook - Maya

[redacted]

June 5-11 2023

[redacted]

[redacted]

1380 Cak - Nuya

[redacted]

June 12-18 2023

[redacted]

[redacted]

1350 New Cak -Neya

[redacted]

June 18-25 2023

[redacted]

[redacted]

1380 New Cook - Mya

[redacted]

[illegible]

[redacted]

June 26 - July 2 2023

~~[illegible]~~

[redacted]

1380 NewOak - Key

[redacted]

July 8-9 2023

[redacted]

1380 New cook - Naya

[redacted]

July 10-16 2023

[redacted]

[redacted]

1380 New Cook - Mun

[redacted]

July 17-23 2023

[redacted]

1380 New cook - Maya

[redacted]

July 31- Aug 6 2023

[redacted]

1300 New Cook -Maya

[redacted]

Aug 7 - 13 2023

[redacted]

1380 New Cook - Mula

[redacted]

Aug 14-20 2023

[redacted]

1380 New Cook - Malia [redacted]

[redacted]

Aug 21-27 2023

[redacted]

1380 New Cook - Leah

[redacted]

Aug 28 - Sep 3 2023

[redacted]

1380 - New Cook - Megan

[redacted]

Sept 4 - 10 2023

[redacted]

1330 - Cook Mup

[redacted]

Sept 10 - 17 2023

[redacted]

1380 - New cook - May

[redacted]

Sept 18-24

[redacted]

1380 Newark-Newp

[redacted]

Sept 25- Oct 1

[redacted]

1380 · New Coat - Muya

[redacted]

[redacted]

Oct 2-8

[redacted]

350 New Cook - Mesa

[redacted]

Oct-16-22

[redacted]

1380 NewCook-Maya

[redacted]

Oct 23-29 2023

[redacted]

1380 New Cook - Meyr

[redacted]

Oct 30- Nov 4

[redacted]

B80 New Cook- Megu

[redacted]

Nov 6-12 2023

[redacted]

1300 New cook - Muyu

[redacted]

Nov 13-14 2024

[redacted]

1350 Abdu

1380 New cook - Maya

[redacted]

Nov. 20-26 2023

[redacted]

1380 - New cook - May

[redacted]

Nov 27 – Dec 3 2023

[redacted]

1380 New Cook – Megh

[redacted]

Dec 4-10 2023

[redacted]

[redacted]

1380 new cook -Maya 615- Azam rest on chel

[redacted]

Dec 11-17 2023

[redacted]

1380 NewCook - Maya [redacted]

[redacted]

Dec 18-24 2023

[redacted]

1380 New York - MUGA

[redacted]

Dec 25 - 31 2023

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

@1380 new Cook - Maya

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Jan 1- 7 2024

[redacted]

1380 Maya new cook

[redacted]

Jan-14 2024

[redacted]

1,380 New cook -Mup

[redacted]

Jan - 14-21 2024

[redacted]

1380 New Cook - Maya

[redacted]

Jan 22-28 2024

[redacted]

1380 - New Cook - Mulla

[redacted]

Feb 5- 11 2024

[redacted]

1380 New cook -Maya

[redacted]

Feb 12 - 18 2024

[redacted]

[redacted]

1380 - New cook - Mya

[redacted]

Feb 19-25 2024

[redacted]

1380 New Cook - Maya

[redacted]

Feb 25 - March 3 2024

[redacted]

1380 newcut - meya

[redacted]

March 4 - 10 2024

[redacted]

1380 new cook -Muya

[redacted]

March 11-17 2024

[redacted]

1380 New Cook -Muya

[redacted]

March 18 - 24 2024

[redacted] Hakch

New Cook 1380 - Mngr

[redacted]

3/25-31 ~~2024~~ 2024

[redacted]

1380 - New cook - Mya

[redacted]

[redacted]

April 1-7 2024

[redacted]

[redacted]

1380 – new cook – mya

[redacted]

April 8-14 2024

[redacted]

1380 - new cook - Mya

[redacted]

April 15-21 2024

[redacted]

[redacted]

1380- New Cook Mya

[redacted]

April 21-28 2024

[redacted] ✓

[redacted] ✓

[redacted]

1340 - New cook - Mya

[redacted]

April 29 - May 5 2024

[redacted]

1350 New Cook - Maya

[redacted]

Mayle-12 2024

[redacted]

1380 NewCourt - Muya

[redacted]

May 17 - May 19 2024

[redacted]

1380 new cock-myn

[redacted]

May 20-26 2024

[redacted]

406 - CTown Cash
2147 - Liquor / CTown Non
✓1380 - Leeya New Cook

[redacted]

May 22 - June 2 2024

[redacted]

[redacted]

1380 - New Cook - Maya

[redacted]

[redacted]

June 3-9 2024

[redacted]

1350 New cook - Maya

[redacted]

June 10-18 2024

[redacted]
[redacted] /
[redacted]
[redacted] /
[redacted]
[redacted]
[redacted] /
[redacted] /
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

1380 - New cook - Mya
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

[redacted]
[redacted]

[redacted]

Jan 17 - 23 2024

[redacted]

1350 - New Cook - Maya

[redacted]

June 24-30 2024

[redacted] √
[redacted]
[redacted]
[redacted] √
[redacted]
[redacted]
[redacted] √
[redacted] √
[redacted]
[redacted] √
[redacted] √
[redacted] √
[redacted] √
[redacted] √
[redacted]
[redacted] √

1300 new cook - Meja

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted] 35
[redacted]
[redacted] 2

July 1- July 7 2024

[redacted]

1380 – Newcort – Mayz

[redacted]

July-8-14 2024

[redacted]

[redacted]

830- new cook - Maya

[redacted]

July 15 - 21 2024

[redacted]

1350 – new cook – Maya

[redacted]

[redacted]

July - 22 - 28 2024

[redacted]

1380 - Megan

[redacted]

July 29 - Aug 4 2024

[redacted]

1350 - Newcock mtg

[redacted]

August 5 - 11 2024

[redacted]

1380 - New cook - May

[redacted]

Aug 12 - 18 2024

[redacted]

[redacted]

1380 - new cook - Malfa

[redacted]

Aug 19 - 25 2024

[redacted]

1350 Newcoot - Mafa

[redacted]

August 26 - Sept 1 2024

[redacted]

[redacted]

Megan New cook 1350

[redacted]

Sept 2-8 2024

[redacted]

1380 - New cook - Maya

[redacted]

Sept 9-15 2024

[redacted]

1380 - new card - Mega

[redacted]

Sep 16-22 2024

[redacted]
[redacted] ✓
[redacted]
[redacted] ✓
[redacted] +
[redacted]

1350= new cock - Meyh

[redacted]

Sep 23-29 2024

[redacted]

BEO- NewCook- Mya

[redacted]

Sept 30 - Oct 6 2024.

[redacted]

[redacted]

1380 - Maya Cook

[redacted]

Oct - 7-13 2024

[redacted]

[redacted]

1350 - Maya cook

[redacted]

Oct 14-20 2024

[redacted]

1380 - Maya Cook

[redacted]

Oct 21-27 2024

[redacted]

1380- Maya Cook

[redacted]

Oct 28 - Nov 4 2024

[redacted]

[redacted]

1350 - Maya Cook

[redacted]

NOV 4-9 2024

[redacted]

138 - Maya Creek

[redacted]

Nov 10-16 2024

[redacted]

1350- Mug Cook

[redacted]

Nov 18-24 2024

[redacted]

B80 - Mega Cart

[redacted]

Nov 25 - Dec 1 2024

[redacted]

830 - Maya Cook

[redacted]

Dec 28 2024

[redacted]

Bsu Musa Base cook

[redacted]